AFFIRM; Opinion issued December 21, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00866-CR
No. 05-12-00867-CR

**JARMARI LEWIS IRVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-57553-Q, F09-50030-Q**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers
Opinion by Chief Justice Wright

Jarmari Lewis Irvin appeals from the adjudication of his guilt for aggravated assault with a deadly weapon and possession of cocaine in an amount less than one gram. *See* TEX. PENAL CODE ANN. § 22.02(a) (West 2011); TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (b) (2010). The trial court assessed punishment at five years' imprisonment on the aggravated assault conviction and two years' confinement in a state jail facility on the possession of cocaine conviction. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in

effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

_____
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120866F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JARMARI LEWIS IRVIN, Appellant

No. 05-12-00866-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F08-57553-Q).
Opinion delivered by Chief Justice Wright,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered December 21, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JARMARI LEWIS IRVIN, Appellant

No. 05-12-00867-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F09-50030-Q).
Opinion delivered by Chief Justice Wright,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered December 21, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE